UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No.   16cr10167-NMG |
| | ) | |
| **JAMES WARNER,** | ) | |

## SENTENCING MEMORANDUM

The government is bound by the plea agreement pursuant to which the government agreed to a low-end recommendation with the following Sentencing Guidelines: Base Offense Level 20 and a 4-level enhancement for trafficking in firearms under Section 2K2.1(b)(5).  As noted by the PSR, the proper Base Offense Level is now a 14 based on post-*Johnson* precedents.

The PSR also identifies a potential additional 4-level enhancement under Section 2K2.1(b)(6).  The government is not seeking this enhancement per the plea agreement, and the government notified Probation of a recent Second Circuit decision (*United States v. Young*, 811 F.3d 592, 599-604 (2nd Cir. 2016)) which supports that the enhancement under Section 2K2.1(b)(6) is not merited.  As a result, the applicable Sentencing Guidelines range is 24-30 months, and the government will recommend 24 months per the plea agreement.

    Respectfully submitted,

    WILLIAM D. WEINREB
    Acting United States Attorney

Date: September 13, 2017            By: */s/ Michael J. Crowley*
    MICHAEL J. CROWLEY
    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

*/s/ Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney